**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BRIAN MURRAY, derivatively on behalf of Lumen Technologies, Inc.,<br><br>Plaintiffs,<br>v.<br><br>QUINCY L. ALLEN, MARTHA HELENA BEJAR, PETER C. BROWN, KEVIN P. CHILTON, STEVEN T. CLONTZ, T. MICHAEL GLENN, KATE JOHNSON, HAL STANLEY JONES, LAURIE SIEGEL, W. BRUCE HANKS, VIRGINIA BOULET, MARY L. LANDRIEU, HARVEY P. PERRY, GLEN F. POST, III, MICHAEL J. ROBERTS, JEFFREY K. STOREY, and INDRANEEL DEV,<br><br>Defendants,<br><br>-and-<br><br>LUMEN TECHNOLOGIES, INC., a Louisiana Corporation,<br><br>Nominal Defendant. | ) | Case No. 24-1320<br><br>VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT<br><br>JURY TRIAL DEMANDED |

Plaintiff Brian Murray ("Plaintiff"), derivatively on behalf of Lumen Technologies, Inc. ("Lumen" or the "Company"), brings the following complaint against the Company's board of directors (the "Board") and executive officers for breaches of fiduciary duties and violation of Section 14(a) of the Securities Exchange Act of 1934. Except for allegations specifically pertaining to Plaintiff and Plaintiff's own acts, the allegations in the Complaint are based upon information and belief, which include but are not limited to: (i) the Company's public filings with the United States Securities and Exchange Commission (the "SEC"); (ii) pleadings filed in *In re: Lumen Technologies, Inc. Securities Litigation II*, Case No. 3:23-cv-01290 (W.D.La.); (iii) corporate governance documents available on the Company's website; and (iv) other publicly available

information.

## NATURE OF THE ACTION

1. This is a stockholder derivative action brought by Plaintiff, a stockholder of Lumen, on behalf of the Company against the Defendants. This action alleges breaches of fiduciary duty by the Board and senior executive officers occurring from at least November 9, 2018 to August 1, 2023. During that time the Defendants (as defined herein) caused or allowed Lumen to issue or make materially false and misleading statements concerning the Company's financial condition and business operations.

2. Lumen is one of the largest telecommunications companies in the United States, holding an expansive network of fiber optic cables and copper telephone wire cables. As customers have moved increasingly towards digital avenues of communication, such as wireless or high-speed internet, the Company has seen less use of its copper wireline. In recent years, Lumen has spoken of replacing the old telephone cables with fiber optic cables, and of growing the fiber optic cable network.

3. What Lumen did not explain to stockholders, customers, communities, or governments is that many of those copper telephone wires were sheathed in lead. And instead of removing the lead-sheathed wireline, Lumen opted to leave the cables just where they were. Those lead-sheathed cables were hanging from poles next to parks and schools or were underwater in sources of drinking water.

4. It was not until July 2023 that the country learned of the existence of these lead-sheathed cables. In a series of articles published that month, the Wall Street Journal exposed not only that these cables were still in place, but that testing of soil and water near some lead-sheathed cables showed elevated lead levels.

5. The Wall Street Journal's investigation spurred lawmakers to question telecommunications companies and an industry group about the lead-sheathed cable, and state and federal agencies began their own investigations. Investors displayed their disapproval as well, with Lumen's common stock falling almost 20% in the weeks after the first article was published.

6. Through this action, Plaintiffs seek to hold the Board and executive officers accountable for making or causing the Company to make false and misleading statements in breach of their fiduciary duties to the Company.

## PARTIES

### A. Plaintiff

7. Plaintiff Brian Murray is a current shareholder of Lumen and has continuously held Lumen stock during all times relevant hereto and is committed to retaining Lumen shares through the pendency of this action to preserve his standing. Plaintiff will adequately and fairly represent the interests of Lumen and its shareholders in enforcing its rights.

### B. Nominal Defendant

8. Nominal Defendant Lumen is a corporation organized and existing under the laws of the State of Louisiana. The Company's principal executive offices are located at 100 CenturyLink Drive, Monroe, Louisiana 71203. Lumen common stock trades on the New York Stock Exchange under the ticker symbol "LUMN."

### C. Individual Defendants

9. Defendant Kate Johnson has served as President, CEO and a director of the Company since 2022.

10. Defendant Quincy L. Allen has been a director of the Company since 2021. Defendant Allen served on the Audit Committee during the relevant time period.

11. Defendant Martha Helena Bejar has been a director of the Company since 2016. Defendant Bejar served on the Audit Committee during the relevant time period.

12. Defendant Peter C. Brown has been a director of the Company since 2009. Defendant Brown served on the Audit Committee during the relevant time period.

13. Defendant Kevin P. Chilton has been a director of the Company since 2017. Defendant Chilton served on the Audit Committee during the relevant time period.

14. Defendant Steven T. Clontz has been a director of the Company since 2017.

15. Defendant T. Michael Glenn has been a director of the Company since 2017. Defendant Glenn serves as Chairman of the Board. Defendant Glenn served on the Audit Committee during the relevant time period.

16. Defendant Hal Stanley Jones has been a director of the Company since 2020. Defendant Jones served on the Audit Committee during the relevant time period.

17. Defendant Laurie Siegel has been a director of the Company since 2009.

18. Defendant W. Bruce Hanks served as a director of the Company from 1992 to 2023. Defendant Hanks served on the Audit Committee during the relevant time period.

19. Defendant Virginia Boulet served as a director of the Company from 1995 to 2021.

20. Defendant Mary L. Landrieu served as a director of the Company from 2015 to 2020.

21. Defendant Harvey P. Perry served as a director of the Company from 1990 to 2019.

22. Defendant Glen F. Post III served as a director of the Company from 1985 to 2019.

23. Defendant Michael J. Roberts served as a director of the Company from 2011 to May 15, 2024.

24. Defendants Johnson, Allen, Bejar, Brown, Hilton, Clint, Glenn, Jones, Sigel, Hanks and Boulet are herein referred to as "Director Defendants."

25. Defendant Jeffrey K. Storey served as CEO, President, and a director of the Company from 2018 to 2022. Previously, Defendant Storey served as Chief Operating Officer of the Company from 2017 to 2018, and as President and CEO of Level 3 Communications from 2013 to 2017.

26. Defendant Chris Stansbury has served as Executive Vice President, Chief Financial Officer of the Company since 2022.

27. Defendant Indraneel Dev served as Executive Vice President, Chief Financial Officer of the Company from 2018 to 2022. Previously, Defendant Dev was employed by Level 3 Communications, which was acquired by Lumen in 2017.

28. Defendants Johnson, Storey, Stansbury and Dev are herein referred to as "Officer Defendants."

## JURISDICTION AND VENUE

29. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Section 14(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78n(a)(1), and Rule 14a-9 promulgated thereunder, 17 C.F.R. § 240.14a-9.

30. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

31. Personal jurisdiction exists over each Defendant either because the Defendant conducts business in or maintains operations in this District, or is an individual who is either present in this District for jurisdictional purposes or has sufficient minimum contacts with this

District as to render the exercise of jurisdiction over Defendant by this Court permissible under traditional notions of fair play and substantial justice.

32. Venue is proper in this court under 28 U.S.C. § 1391, because Lumen is headquartered in this District, and a significant amount of the conduct at issue took place and had an effect in this District.

## FURTHER SUBSTANTIVE ALLEGATIONS

### A. Company Background

33. Lumen formed in 1968 as Central Telephone & Electronics Corporation, a holding company for rural telephone businesses. In 1970, the Company changed its name to Century Telephone Enterprises, Inc. In 1978, the Company began trading its common stock on the New York Stock Exchange. Lumen acquired multiple companies over the next twenty years, expanding its network of wireline assets, including Pacific Telecom, Inc. in 1997, which had itself acquired more than 85,000 telephone lines. In 1999, the Company again changed its name to CenturyTel, Inc. In 2009, the Company acquired Embarq, at the time the largest rural telephone company in the country. The next year, CenturyTel, Inc., became CenturyLink, Inc. In 2011, the Company acquired Qwest Communications International Inc., which made CenturyLink the third largest telecommunications company in the United States. In 2017, the Company acquired Level 3 Communications, Inc. In 2020, the Company again changed its name, this time to Lumen.

34. Lead is a naturally occurring metal that is malleable and resistant to corrosion. These properties made lead useful in printing presses, distilleries, and plumbing. By the early 20th century, lead was used in construction, plumbing, and soldering. Lead was added to gasoline, paint, and piping for municipal water systems. Lead also does not conduct electricity very well, making

it suitable to cover electric cables. The metal was also used to cover telecommunications wire up to the 1950s.

35. While useful, lead is a neurotoxin that can cause brain damage. Lead exposure can cause vomiting, convulsions, anemia, cancer, birth defects, and can be lethal at high concentrations. In children, lead can inhibit brain development, and children are more susceptible to lead poisoning. Lead is also harmful to the environment. In soil and plants allow it to enter the food chain. Lead decreases growth and reproduction in plants and animals. Lead can move from soil into ground water.

36. Lead's harmful effects were known by the 1970s, when the federal government began acting in earnest to limit the public's exposure to lead. In 1970, Congress passed amendments to the Clean Air Act that targeted the use of lead in gasoline. The next year, Congress passed the Lead-Based Poisoning Prevention Act to prohibit lead-based paint in residences run or built with federal funds. In 1973, the U.S. Environmental Protection Agency ("EPA") issued regulations to reduce lead from gasoline by 1980. In 1976, Congress created the U.S. Consumer Product Safety Commission to regulate lead-based paint, and passed the Resource Conservation and Recovery Act, which governs the disposal and storage of hazardous waste, including lead. One year later, lead paint was effectively banned by the U.S. Consumer Product Safety Commission. Before the end of the decade, the Occupational Safety and Health Administration ("OSHA") had issued regulations to limit worker exposure to lead.

37. The federal government continued to focus on lead and its potential harm to person and property. In 1986, the Safe Drinking Water Act of 1974 was amended to prohibit the use of any products that contain lead in public water systems, like schools. In 1990, the Clean Air Act was amended again to ban lead in gasoline. The following year, the EPA set a goal of zero lead in

drinking water. The Toxic Substances Control Act was amended in 1992 to identify lead-contaminated soil. That same year, Title X of the Housing and Community Development Act of 1992 was enacted, requiring sellers of real estate to inform buyers if the property currently has or could have lead paint.

**B. Lumen's False and Misleading Statements**

38. From at least November 9, 2018, through August 1, 2023, Lumen and its executive officers made materially false and misleading statements about the Company's treatment of its lead-sheathed wireline, and the harmful impact of that wireline on people and property within its vicinity.

39. On November 9, 2018, the Company released its financial results for the third quarter of 2018. The Form 10-Q filed with the SEC that day stated:

> **Business Segment**
>
> The operations of our business segment have been, and are expected to continue to be, impacted by several significant trends, including those described below:
>
> *Revenues*. Our mix of total business segment revenues continues to migrate from traditional wireline voice services to newer, lower cost more technologically advanced products and services as our small, medium and enterprise business, wholesale and government customers increasingly demand integrated data, broadband, hosting and voice services. Our Ethernet-based services in the wholesale market face competition from cable companies and competitive fiber-based telecommunications providers. Demand for our private lines services (including business data services) continues to decline due to our customers' optimization of their networks, industry consolidation and technology migration to higher-speed services. We anticipate continued pricing pressure for our colocation services as our competitors continue to expand their enterprise colocation operations. Sustained expansion in competitive cloud computing offerings by technology companies and other competitors has led to other increased pricing pressure, a migration towards lower-priced cloud-based services and enhanced competition for contracts, and we expect these trends to continue. Customers' demand for new technology has also increased the number of competitors offering services similar to ours. Price compression from each of these above-mentioned competitive pressures has negatively impacted the operating margins of certain business product and service offerings, and we expect this trend to continue. Our

traditional wireline revenues have been, and we expect they will continue to be, adversely affected by access line losses and price compression. In particular, our access, local services and long-distance revenues have been, and we expect will continue to be, adversely affected by customer migration to more technologically advanced services, a substantial increase in the use of non-voice communications, industry consolidation and price compression caused by various factors. For example, many of our business segment customers are substituting cable, wireless and Voice over Internet Protocol ("VoIP") services for traditional voice telecommunications services, resulting in continued access revenue loss. Although our traditional wireline services generally face fewer direct competitors than certain of our newer, lower cost more advanced products and services, customer migration and, to a lesser degree, price compression from competitive pressures have negatively impacted our traditional wireline revenues and the operating margins of these services. We expect this trend to continue. We expect both equipment sales and professional services revenue and the related costs will fluctuate from year to year as this offering tends to be more sensitive than others to changes in the economy and in spending trends of our federal, state and local government customers, many of whom have experienced substantial budget cuts over the past several years, with the possibility of additional future budget cuts.

* * *

**Consumer Segment**

The operations of our consumer segment have been, and are expected to continue to be, impacted by several significant trends, including those described below:

*Revenues*. In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and transmission speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher-speed broadband services to a greater number of customers. We compete in a maturing broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed or declined. Moreover, as described further in Item 1A of Part I of our annual report on Form 10-K for the year ended December 31, 2017, certain of our competitors continue to provide broadband services at higher average transmission speeds than ours or through advanced wireless data service offerings, both of which we believe have impacted the competitiveness of certain of our broadband offerings in certain of our markets. Our voice revenues have been, and we expect they will continue to be, adversely affected by access line losses and lower long-distance voice service volumes. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect our video revenues to continue to decline, particularly due to our decision to discontinue active marketing

> of our facilities-based video services in light of competitive pressures and escalating content costs. The demand for new technology has increased the number of competitors offering services similar to ours. Price compression and new technology from our competitors have negatively impacted the operating margins of our newer, more technologically advanced products and services. We expect that these factors and trends will continue to negatively impact our consumer business. Customer migration and price compression from competitive pressures have not only negatively impacted our traditional wireline services revenues, but they have also negatively impacted the operating margins of these services and we expect this trend to continue.

40. On February 25, 2019, Defendant Storey attended the Morgan Stanley Technology, Media & Telecom Conference. When asked about transitioning from "legacy product sets," Defendant Storey stated:

> If you look at our company, CenturyLink, we have had a number of legacy products that have traded over time. . . . And, so, we are very good at cannibalizing our products and services and augment them—augmenting them and replacing them with others—meanwhile taking cost out faster than revenues decline. And, so, we'll continue to do that with legacy services. It's early still to before I can tell you where that bottoms out and where it starts to climb, but we've been pretty good as an industry and very good as a company.

41. On March 11, 2019, the Company released its financial results for the fourth quarter and full year 2018. The Form 10-K filed with the SEC that day stated:

> At December 31, 2018, our network included:
>
> - Approximately 450,000 route miles of fiber optic plant;
> - Approximately 910,000 miles of copper plant;
> - More than 360 colocation facilities and data centers globally;
> - Approximately 37,500 route miles of subsea fiber optic cable systems;
> - More than 150,000 Fiber On-net buildings;
> - Multiple gateway and transmission facilities used in connection with operating our network throughout North America, Europe and Latin America; and
> - Central office and other equipment that enables us to provide telephone service as an incumbent local telephone company ("ILEC") in 37 states.
>
> * * *
>
> ***Rapid technological changes could significantly impact our competitive and financial position.***

The communications industry has been and continues to be impacted by significant technological changes, which in general are enabling a broader array of companies to compete with us. Many of these technological changes are (i) enabling customers to reduce or bypass use of our networks, (ii) displacing or reducing demand for our services, or (iii) enabling the development of competitive products or services. For years, the development of wireless and Internet-based voice and non-voice communications technologies and social media platforms have reduced demand for our traditional voice services, and these trends continue. More recently, continuous improvements in wireless data technologies have enabled wireless carriers to offer competing products, and we expect this trend to continue as technological advances enable these carriers to carry greater amounts of data faster and with less latency. Technological advancements have also permitted cable companies and other of our competitors to deliver generally faster average broadband transmission speeds than ours. Developments in software have permitted new competitors to offer affordable products that historically required more expensive hardware investment. Rapid changes in technology have also placed competitive pressures on our video, cloud and hosting businesses, and enabled new competitors to enter our markets. To enhance the competitiveness of certain of our services, we will likely be required to spend additional capital to install more fiber optic cable or to augment the capabilities of our copper-based services.

* * *

**Risks posed by other regulations**. All of our operations are also subject to a variety of environmental, safety, health and other governmental regulations. In connection with our current operations, we use, handle and dispose of various hazardous and non-hazardous substances and wastes. In prior decades, certain of our current or former subsidiaries owned or operated, or are alleged to have owned or operated, former manufacturing businesses, for which we have been notified of certain potential environmental liabilities. We monitor our compliance with applicable regulations or commitments governing these current and past activities. Although we believe that we are in compliance with these regulations in all material respects, our use, handling and disposal of environmentally sensitive materials, or the prior operations of our predecessors, could expose us to claims or actions that could potentially have a material adverse effect on our business, financial condition and operating results.

* * *

**Business Segment**

The operations of our business segment have been impacted by several significant trends, including those described below:

*Revenue*. Our mix of total business segment revenue continues to migrate from traditional wireline voice services to newer, lower cost and more technologically

> advanced products and services as our small, medium and enterprise business, wholesale and government customers increasingly demand integrated data, broadband, hosting and voice services. Our Ethernet-based services in the wholesale market face competition from cable companies and competitive fiber-based telecommunications providers. We anticipate continued pricing pressure for our colocation services as our competitors continue to expand their enterprise colocation operations. In recent years, our competitors, as well as several large, diversified technology companies, have made substantial investments in cloud computing. This expansion in competitive cloud computing offerings has led to increased pricing pressure, a migration towards lower-priced cloud-based services and enhanced competition for contracts, and we expect these trends to continue. Customers' demand for new technology has also increased the number of competitors offering services similar to ours. Price compression from each of these above-mentioned competitive pressures has negatively impacted the operating margins of certain business product and service offerings, and we expect this trend to continue. Our traditional wireline products and services revenue have been, and we expect they will continue to be, adversely affected by access line losses and price compression. In particular, our access, local services and long-distance revenue have been, and we expect will continue to be, adversely affected by customer migration to more technologically advanced services, a substantial increase in the use of non-voice communications, industry consolidation and price compression caused by regulation and rate reductions. For example, many of our business segment customers are substituting cable, wireless and Voice over Internet Protocol ("VoIP") services for traditional voice telecommunications services, resulting in continued access revenue loss. Demand for our private line services (including business data services) continues to decline due to our customers' optimization of their networks, industry consolidation and technological migration to higher-speed services. Although our traditional wireline services generally face fewer direct competitors than certain of our newer, lower cost more advanced products and services, customer migration and, to a lesser degree, price compression from competitive pressures have negatively impacted our traditional wireline revenue and the operating margins of these services. We expect this trend to continue. We expect both equipment sales and professional services revenue and the related costs will fluctuate from year to year as this offering tends to be more sensitive than others to changes in the economy and in spending trends of our federal, state and local government customers, many of whom have experienced substantial budget cuts over the past several years, with the possibility of additional future budget cuts.

42. On May 10, 2019, the Company released its financial results for the first quarter of 2019. The Form 10-Q filed with the SEC that day stated:

> **International and Global Accounts Management, Enterprise, Small and Medium Business and Wholesale segments**

The operations of these four segments have been, and are expected to continue to be, impacted by several significant trends, including those described below:

*Revenue*. Our mix of total revenue from these segments continue to migrate from traditional wireline voice services to newer, lower cost more technologically advanced products and services as our segment customers increasingly demand integrated data, broadband, hosting and voice services. Our Ethernet-based services in the wholesale market face competition from cable companies and competitive fiber-based telecommunications providers. Demand for our private lines services (including business data services) continues to decline due to our customers' optimization of their networks, industry consolidation and technology migration to higher-speed services. We anticipate continued pricing pressure for our colocation services as our competitors continue to expand their enterprise colocation operations. Sustained expansion in competitive cloud computing offerings by technology companies and other competitors has led to other increased pricing pressure, a migration towards lower-priced cloud-based services and enhanced competition for contracts, and we expect these trends to continue. Customers' demand for new technology has also increased the number of competitors offering services similar to ours. Price compression from each of these above-mentioned competitive pressures has negatively impacted the operating margins of certain business product and service offerings, and we expect this trend to continue. Our traditional wireline revenue has been, and we expect they will continue to be, adversely affected by access line losses and price compression. In particular, our access, local services and long-distance revenue have been, and we expect will continue to be, adversely affected by customer migration to more technologically advanced services, a substantial increase in the use of non-voice communications, industry consolidation and price compression caused by various factors. For example, many of our segment customers are substituting cable, wireless and Voice over Internet Protocol ("VoIP") services for traditional voice telecommunications services, resulting in continued access revenue loss. Although our traditional wireline services generally face fewer direct competitors than certain of our newer, lower cost more advanced products and services, customer migration and, to a lesser degree, price compression from competitive pressures have negatively impacted our traditional wireline revenue and the operating margins of these services. We expect this trend to continue. We expect both equipment sales and professional services revenue and the related costs will fluctuate from year to year as this offering tends to be more sensitive than others to changes in the economy and in spending trends of our federal, state and local government customers, many of whom have experienced substantial budget cuts over the past several years, with the possibility of additional future budget cuts.

* * *

**Consumer Segment**

The operations of our consumer segment have been, and are expected to continue

to be, impacted by several significant trends, including those described below:

> *Revenue*. In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and transmission speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher-speed broadband services to a greater number of customers. We compete in a maturing broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed or declined. Moreover, as described further in Item 1A of Part I of our annual report on Form 10-K for the year ended December 31, 2018, certain competitors continue to provide broadband services at higher average transmission speeds than ours or through advanced wireless data service offerings, both of which we believe have impacted the competitiveness of certain of our broadband offerings in certain of our markets. Our voice revenue has been, and we expect they will continue to be, adversely affected by access line losses and lower long-distance voice service volumes. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect our video revenue to continue to decline, particularly due to our decision to discontinue active marketing of our facilities-based video services in light of competitive pressures and escalating content costs. The demand for new technology has increased the number of competitors offering services similar to ours. Price compression and new technology from our competitors have negatively impacted the operating margins of our newer, more technologically advanced products and services. We expect that these factors and trends will continue to negatively impact our consumer business. Customer migration and price compression from competitive pressures have not only negatively impacted our traditional wireline services revenue, but they have also negatively impacted the operating margins of these services and we expect this trend to continue.

43. On August 8, 2019, the Company released its financial results for the second quarter of 2019. The Form 10-Q filed with the SEC stated:

> **International and Global Accounts Management, Enterprise, Small and Medium Business and Wholesale Segments**
>
> The operations of these four segments have been, and are expected to continue to be, impacted by several significant trends, including those described below:
>
> *Revenue*. Our mix of total revenue from these segments continue to migrate from traditional wireline voice services to newer, lower cost more technologically advanced products and services as our segment customers increasingly demand integrated data, broadband, hosting and voice services. Our Ethernet-based services

in the wholesale market face competition from cable companies and competitive fiber-based telecommunications providers. Demand for our private lines services (including business data services) continues to decline due to our customers' optimization of their networks, industry consolidation and technology migration to higher-speed services. We anticipate continued pricing pressure for our colocation services as our competitors continue to expand their enterprise colocation operations. Sustained expansion in competitive cloud computing offerings by technology companies and other competitors has led to other increased pricing pressure, a migration towards lower-priced cloud-based services and enhanced competition for contracts, and we expect these trends to continue. Customers' demand for new technology has also increased the number of competitors offering services similar to ours. Price compression from each of these above-mentioned competitive pressures has negatively impacted the operating margins of certain business product and service offerings, and we expect this trend to continue. Our traditional wireline revenue has been, and we expect it will continue to be, adversely affected by access line losses and price compression. In particular, our access, local services and long-distance revenue have been, and we expect will continue to be, adversely affected by customer migration to more technologically advanced services, a substantial increase in the use of non-voice communications, industry consolidation and price compression caused by various factors. For example, many of our segment customers are substituting cable, wireless and Voice over Internet Protocol ("VoIP") services for traditional voice telecommunications services, resulting in continued access revenue loss. Although our traditional wireline services generally face fewer direct competitors than certain of our newer, lower cost more advanced products and services, customer migration and, to a lesser degree, price compression from competitive pressures have negatively impacted our traditional wireline revenue and the operating margins of these services. We expect this trend to continue. We expect both equipment sales and professional services revenue and the related costs will fluctuate from year to year as this offering tends to be more sensitive than others to changes in the economy and in spending trends of our federal, state and local government customers, many of whom have experienced substantial budget cuts over the past several years, with the possibility of additional future budget cuts.

* * *

**Consumer Segment**

The operations of our consumer segment have been, and are expected to continue to be, impacted by several significant trends, including those described below:

*Revenue*. In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and transmission speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher-speed broadband services to a greater number of customers. We compete in a maturing

> broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed or declined. Moreover, as described further in Item 1A of Part I of our annual report on Form 10-K for the year ended December 31, 2018, certain competitors continue to provide broadband services at higher average transmission speeds than ours or through advanced wireless data service offerings, both of which we believe have impacted the competitiveness of certain of our broadband offerings in certain of our markets. Our voice revenue has been, and we expect they will continue to be, adversely affected by access line losses and lower long-distance voice service volumes. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect our video revenue to continue to decline, particularly due to our decision to discontinue active marketing of our facilities-based video services in light of competitive pressures and escalating content costs. The demand for new technology has increased the number of competitors offering services similar to ours. Price compression and new technology from our competitors have negatively impacted the operating margins of our newer, more technologically advanced products and services. We expect that these factors and trends will continue to negatively impact our consumer business. Customer migration and price compression from competitive pressures have not only negatively impacted our traditional wireline services revenue, but they have also negatively impacted the operating margins of these services and we expect this trend to continue.

44. On November 7, 2019, the Company released its financial results for the third quarter of 2019. The Form 10-Q filed with the SEC stated:

> **International and Global Accounts Management, Enterprise, Small and Medium Business and Wholesale Segments**
>
> The operations of these four segments have been, and are expected to continue to be, impacted by several significant trends, including those described below:
>
> *Revenue*. Our mix of total revenue from these segments continues to migrate from traditional wireline voice services to newer, lower cost more technologically advanced products and services as our business customers increasingly demand integrated data, broadband, hosting and voice services. Our Ethernet-based services in the wholesale market face competition from cable companies and competitive fiber-based telecommunications providers. Demand for our private lines services (including business data services) continues to decline due to our customers' optimization of their networks, industry consolidation and technology migration to higher-speed services. We anticipate continued pricing pressure for our colocation services as our competitors continue to expand their enterprise colocation operations. Sustained expansion in competitive cloud computing offerings by

technology companies and other competitors has led to other increased pricing pressure, a migration towards lower-priced cloud-based services and enhanced competition for contracts, and we expect these trends to continue. Customers' demand for new technology has also increased the number of competitors offering services similar to ours. Price compression from each of these above-mentioned competitive pressures has negatively impacted the operating margins of certain business product and service offerings, and we expect this trend to continue. In some instances, we have elected to discontinue certain unprofitable customer relationships. Our traditional wireline revenue has been, and we expect it will continue to be, adversely affected by access line losses and price compression. In particular, our access, local services and long-distance revenue have been, and we expect will continue to be, adversely affected by customer migration to more technologically advanced services, a substantial increase in the use of non-voice communications, industry consolidation and price compression caused by various factors. For example, many of our segment customers are substituting cable, wireless and Voice over Internet Protocol ("VoIP") services for traditional voice telecommunications services, resulting in continued access revenue loss. Although our traditional wireline services generally face fewer direct competitors than certain of our newer, lower cost more advanced products and services, customer migration and, to a lesser degree, price compression from competitive pressures have negatively impacted our traditional wireline revenue and the operating margins of these services. We expect this trend to continue. We expect both equipment sales and professional services revenue and the related costs will fluctuate from year to year as this offering tends to be more sensitive than others to changes in the economy and in spending trends of our federal, state and local government customers, which are subject to unexpected changes in the appropriation process.

* * *

**Consumer Segment**

The operations of our consumer segment have been, and are expected to continue to be, impacted by several significant trends, including those described below:

*Revenue*. In order to remain competitive and attract additional residential broadband subscribers, we believe it is important to continually increase our broadband network's scope and transmission speeds. As a result, we continue to invest in our broadband network, which allows for the delivery of higher-speed broadband services to a greater number of customers. We compete in a maturing broadband market in which most consumers already have broadband services and growth rates in new subscribers have slowed or declined. Moreover, as described further in Item 1A of Part I of our annual report on Form 10-K for the year ended December 31, 2018, certain competitors continue to provide broadband services at higher average transmission speeds than ours or through advanced wireless data service offerings, both of which we believe have impacted the competitiveness of certain of our broadband offerings in certain of our markets. Our voice revenue has

> been, and we expect they will continue to be, adversely affected by access line losses and lower long-distance voice service volumes. Intense competition and product substitution continue to drive our access line losses. For example, many consumers are substituting cable and wireless voice services and electronic mail, texting and social networking non-voice services for traditional voice telecommunications services. We expect our video revenue to continue to decline, particularly due to our decision to discontinue active marketing of our facilities-based video services in light of competitive pressures and escalating content costs. The demand for new technology has increased the number of competitors offering services similar to ours. Price compression and new technology from our competitors have negatively impacted the operating margins of our newer, more technologically advanced products and services. We expect that these factors and trends will continue to negatively impact our consumer business. Customer migration and price compression from competitive pressures have not only negatively impacted our traditional wireline services revenue, but they have also negatively impacted the operating margins of these services and we expect this trend to continue.

45. On February 28, 2020, the Company released its financial results for the fourth quarter and full year 2019. The Form 10-K filed with the SEC stated:

> Our Network
>
> Most of our products and services are provided using our telecommunications network, which consists of fiber-optic and copper cables, high-speed transport equipment, electronics, voice switches, data switches and routers, and various other equipment. Our local exchange carrier networks also include central offices and remote site assets, and form a portion of the public switched telephone network. We operate part of our network with leased assets, and a substantial portion of our equipment with licensed software.
>
> At December 31, 2019, our network (both owned and leased) included:
>
> - Approximately 450,000 route miles of fiber optic plant globally;
> - Approximately 916,000 miles of copper plant;
> - Approximately 340 colocation facilities and data centers globally;
> - Approximately 37,500 route miles of subsea fiber optic cable systems;
> - Approximately 170,000 buildings directly connected to our network, which we refer to as "Fiber On-net" buildings;
> - Multiple gateway and transmission facilities used in connection with operating our network throughout North America, Europe and Latin America; and
> - Central office and other equipment that enables us to provide telephone service as an incumbent local telephone company ("ILEC") in 37 states.

* * *

Similarly, we continue to take steps to simplify and modernize our network. We assembled much of our network by acquiring companies that previously operated their independent networks. We continue to take steps to eliminate differences between previously separate and older systems. To attain these objectives, we plan to continue to pursue several complex projects that we expect will be costly and may take several years to complete. The costs of these projects could materially increase if we conclude that we need to replace any or all of our legacy systems.

* * *

**Environmental Matters**

From time to time we may incur environmental compliance and remediation expenses, mainly resulting from owning or operating prior industrial sites or operating vehicle fleets or power supplies for our communications equipment. Although we cannot assess with certainty the impact of any future compliance and remediation obligations or provide you with any assurances regarding the ultimate impact thereof, we do not currently believe that future environmental compliance and remediation expenditures will have a material adverse effect on our financial condition or results of operations.

* * *

***Rapid technological changes could significantly impact our competitive and financial position.***

The communications industry has been and continues to be impacted by significant technological changes, which in general are enabling a much broader array of companies to compete with us. Many of these technological changes are (i) enabling customers to reduce or bypass use of our networks, (ii) displacing or reducing demand for our services, or (iii) enabling the development of competitive products or services. For years, the development of wireless and Internet-based voice and non-voice communications technologies and social media platforms have significantly reduced demand for our traditional voice services, and these trends continue. More recently, continuous improvements in wireless data technologies have enabled wireless carriers to offer competing data transmission products that are highly convenient to use, and we expect this trend to continue as technological advances enable these carriers to carry greater amounts of data faster and with less latency. Technological advancements have also permitted cable companies and other of our competitors to deliver generally faster average broadband transmission speeds than ours. Developments in software have permitted new competitors to offer affordable networking products that historically required more expensive hardware investment. Rapid changes in technology have also placed competitive pressures on our cloud hosting and enabled new competitors to enter our markets. To enhance the competitiveness of certain of our services, we will likely be required

> to spend additional capital to install more fiber optic cable or to augment the capabilities of our copper-based services.
>
> * * *
>
> **Risks posed by other regulations**. All of our operations are also subject to a variety of environmental, safety, health and other governmental regulations. In connection with our current operations, we use, handle and dispose of various hazardous and non-hazardous substances and wastes. In prior decades, certain of our current or former subsidiaries owned or operated, or are alleged to have owned or operated, former manufacturing businesses, for which we have been notified of certain potential environmental liabilities. We monitor our compliance with applicable regulations or commitments governing these current and past activities. Although we believe that we are in compliance with these regulations in all material respects, our use, handling and disposal of environmentally sensitive materials, or the prior operations of our predecessors, could expose us to claims or actions that could potentially have a material adverse effect on our business, financial condition and operating results.

46. On May 7, 2020, the Company released its financial results for the first quarter of 2020. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none individually is reasonably expected to exceed $100,000 in fines and penalties.
>
> * * *
>
> **Environmental Contingencies**
>
> In connection with our largely historical operations, we have responded to or been notified of potential environmental liability at approximately 200 properties. We are engaged in addressing or have liquidated environmental liabilities at many of those properties. We could potentially be held liable, jointly, or severally, and without regard to fault, for the costs of investigation and remediation of these sites. The discovery of additional environmental liabilities or changes in existing environmental requirements could have a material adverse effect on our business.

47. On August 6, 2020, the Company released its financial results for the second quarter of 2020. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection

> and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $100,000 in fines and penalties.

48. On November 5, 2020, the Company released its financial results for the third quarter of 2020. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $100,000 in fines and penalties.

49. On February 25, 2021, the Company released its financial results for the fourth quarter and full year 2020. The Form 10-K filed with the SEC stated:

> Our Network
>
> Our network, through which we provide most of our products and services consists of fiber-optic and copper cables, high-speed transport equipment, electronics, voice switches, data switches and routers, and various other equipment. We operate part of our network with leased assets, and a substantial portion of our equipment with licensed software.
>
> At December 31, 2020, our network (both owned and leased) included:
>
> - Approximately 450,000 route miles of fiber optic plant globally;
> - Approximately 916,000 miles of copper plant;
> - Approximately 310 colocation facilities and data centers globally;
> - Approximately 37,500 route miles of subsea fiber optic cable systems;
> - Approximately 180,000 buildings directly connected to our network, which we refer to as “Fiber On-net” buildings;
> - Multiple gateway and transmission facilities used in connection with operating our network throughout North America, Europe and Latin America; and
> - Central office and other equipment that enables us to provide telephone service as an incumbent local telephone company (“ILEC”) in 37 states.
>
> As noted elsewhere in this report, we view our network as one of our most critical assets. We have devoted, and plan to continue to devote, substantial resources to (i) simplify and modernize our network and legacy systems and (ii) expand our network to address demand for enhanced or new products.

50. On May 6, 2021, the Company released its financial results for the first quarter of 2021. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties."

51. Later that month, on May 19, 2021, Lumen hosted its annual stockholders meeting virtually. In answering a question from an investor, Defendant Storey stated:

> All revenues are not the same, and we are seeing a natural evolution that plays out time and time again in our industry. Our legacy revenues are declining, but that is as expected for new technologies will be again replacing legacy solutions. On the other hand, we're generally growing where we make new fiber investments. Not the right, I believe we need to, but fiber investments are growing. That's why we've put our investments in those solutions that we feel offer the greatest opportunity for sustainable growth, such as edge computing and adaptive networking to replace the churn we are seeing in our legacy products.

52. On August 4, 2021, the Company released its financial results for the second quarter of 2021. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

53. On November 3, 2021, the Company released its financial results for the third quarter of 2021. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

54. On February 9, 2022, Lumen held a conference call with analysts and investors to discuss the financial results for the fourth quarter and full year 2021. During that call, Defendant Dev stated:

> The key point is I think we've been pretty good about calibrating our leverage to the business profile. So even though we're divesting a fair amount of legacy revenues, we haven't really levered up. If you think about Quantum Fiber, that's going to be a high-growth business and infrastructure business. So you always have to think about de-averaging our leverage and think about whether that's appropriate going forward. Our view right now is the 3.6x is probably a good assumption. Now we have said that it will be roughly in that zip code. So any quarter-over-quarter, you might see some fluctuations. But until the business profile changes significantly, we don't see the need to change that at this point. And like Jeff has mentioned several times, we're going through an investment cycle. And it truly is a discrete project. It is upgrading our copper network to fiber and it's a long-lived asset. And, so, as we do that, we're okay with the leverage fluctuating a little bit as we fund that build.

55. On February 24, 2022, the Company released its financial results for the fourth quarter and full year 2021. The Form 10-K filed with the SEC stated:

> **Environmental Stewardship and Sustainability**
>
> Environmental stewardship is inherent in our identity. We review the impact of our operations and make choices to reduce our environmental footprint. We believe our commitment to environmental sustainability promotes the financial health of our business, the quality of service we provide and value creation for our employees, communities, customers and investors. Our Environment, Health and Safety ("EHS") team oversees and executes the company's EHS and environmental sustainability visions.
>
> The EHS program framework focuses on seven key areas:
>
> - Environmental compliance and management: The Lumen EHS team assesses and reviews our company programs, operational facilities and waste management vendors. We monitor environmental legislative activity and collaborate with other internal groups to develop documented practices and procedures that support compliance with applicable laws and regulations.
> - Energy and emissions: To reduce our carbon footprint, we are identifying and implementing energy efficiency and greenhouse gas ("GHG") emissions reduction initiatives. In January 2021, we were among the very

first U.S. companies to issue sustainability-linked bonds.

- Water: Lumen uses the World Resource Institute's water quality index to assess our operations in drought-stricken areas or areas that have the potential to be in the future. We are working to reduce our consumption of water overall and especially in countries or regions identified as high-risk.
- Waste: We aim to reduce our waste through minimization, re-use and recycling. We divert millions of pounds of electronic and communications equipment from landfills each year. We recycle telecommunications equipment, and our modem/router takeback program allows customers to return their equipment, which are then either reused or sent to an R2-certified recycler.
- Supplier environmental assessment: We expect our suppliers to demonstrate the same commitment as us to compliance and sustainability efforts. We expect our suppliers to use reasonable efforts to employ environmentally preferred and energy-efficient services, and to work with their own suppliers to assess and address environmental and sustainability issues within their supply chains.
- Climate preparedness: We prepare for potential impacts by evaluating various climate change risks to our ongoing operations when we consider opening new facilities and/or expanding our network. Our comprehensive business continuity program focuses on prevention, collaboration, communication, response and recovery to assist us in quickly resolving disruptive events.
- Occupational Health and Safety: The EHS team conducts risk assessments and monitors health and safety legislation to develop policies and procedures designed to eliminate or control safety hazards and support compliance with applicable laws and regulations.

* * *

At December 31, 2021, our Mass Markets broadband-enabled locations consisted of 25.8 million copper-based passings and 2.8 million fiber-based passings. It also included at such date central office and other equipment that enables us to provide telephone service as an incumbent local exchange carrier ("ILEC") in 37 states.

* * *

As noted elsewhere in this report, we view our network as one of our most critical assets. We have devoted, and plan to continue to devote, substantial resources to (i) simplify and modernize our network and legacy systems and (ii) expand our network to address demand for enhanced or new products. A key element of our network expansion plan is our Quantum Fiber buildout project. Under this project, we propose over the next several years to construct additional fiber optic infrastructure to enable us to provide Quantum Fiber broadband services to several million additional urban and suburban locations in our ILEC markets.

* * *

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

56. On May 4, 2022, the Company released its financial results for the first quarter of 2022. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties."

57. On August 3, 2022, the Company released its financial results for the second quarter of 2022. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

58. On November 3, 2022, the Company released its financial results for the third quarter of 2022. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

59. On February 23, 2023, the Company released its financial results for the fourth quarter and full year 2022. The Form 10-K filed with the SEC stated:

> **Environmental Stewardship and Sustainability**
>
> Environmental stewardship is inherent to our mission and identity. We believe our commitment to environmental sustainability promotes the financial health of our

business and strengthens our relations with our employees, communities, customers and investors.

In early 2022, we formed the Sustainability Management Committee ("SMC") comprised of employees from across the business. The SMC designs and oversees our company-wide sustainability program, including the monitoring of climate-related issues, and is responsible for driving the sustainability agenda with the Board and senior leadership. Additionally, our Environment, Health and Safety ("EHS") team is responsible for overseeing and implementing our EHS and environmental sustainability initiatives.

The EHS program framework focuses on seven key areas:

- Environmental compliance and management: The Lumen EHS team assesses and reviews our company programs, operational facilities and waste management vendors. We monitor environmental legislative activity and collaborate with other internal groups to develop documented practices and procedures that support compliance with applicable laws and regulations.
- Energy and emissions: In an effort to reduce our carbon footprint, we continue to identify and implement energy efficiency and greenhouse gas ("GHG") emissions reduction initiatives. As we continue to track performance against our 2025 science-based targets, we remain committed to exploring ways to reduce GHG emissions through our operational, customer and employee initiatives. In January 2021, we were among the very first U.S. companies to issue sustainability-linked bonds.
- Water: Lumen uses the World Resource Institute's Water Risk Atlas to assess which countries of operation face the highest risk of water stress. We strive to reduce our water consumption, especially in the water-stressed communities where we operate. We track our usage and closely monitor abnormalities to improve water efficiencies and reduce site discharge.
- Waste: We are committed to reusing and recycling products, minimizing material use and carefully managing our waste. Each year, we divert millions of pounds of electronic and communications equipment from landfills. We recycle telecommunications equipment, and our modem/router takeback program allows customers to return their equipment, which are then either reused or sent to an R2-certified recycler.
- Supplier environmental assessment: We expect our suppliers to embrace and share our commitment to compliance and sustainability efforts. As reflected in our Supplier Code of Conduct, we expect our suppliers to use reasonable efforts to employ environmentally preferred and energy-efficient services, and to work with their own suppliers to assess and address environmental and sustainability issues within their supply chains.
- Climate preparedness: We evaluate various climate change risks to our ongoing operations when we consider expanding our network or facilities. Our comprehensive business continuity program focuses on prevention,

collaboration, communication, response and recovery to assist us in quickly resolving disruptive events. Weather events such as severe flooding and hurricanes can impact our ability to deliver services, so business resiliency and adaptability is key to the long-term viability of our business.

- Occupational Health and Safety: The EHS team conducts risk assessments, reviews safety incident data and monitors health and safety legislation to develop policies and procedures designed to minimize safety hazards and support compliance with applicable laws and regulations. We carry out periodic reviews to identify steps designed to improve overall safety performance.

* * *

Our network, through which we provide most of our products and services, consists of fiber-optic and copper cables, high-speed transport equipment, electronics, voice switches, data switches, routers, and various other equipment. We operate part of our network with leased assets, and a substantial portion of our equipment with licensed software.

At December 31, 2022, our global network (owned and leased) included (i) approximately 400,000 route miles of fiber optic plant, including approximately 25,000 route miles of subsea fiber optic cable systems and (ii) multiple gateway and transmission facilities used in connection with operating our network throughout North America and Europe.

At December 31, 2022, our domestic network connected (i) approximately 160,000 on-net buildings, which we refer to as “Fiber On-net” buildings, serving our enterprise customer base and (ii) approximately 21.8 million broadband-enabled units serving our Mass Markets customer base. At December 31, 2022, approximately 3.1 million of our Mass Markets broadband-enabled units were capable of receiving services from our fiber-based infrastructure, with the remainder connected with copper-based infrastructure. Our domestic network also included at such date central office and other equipment that enables us to provide telephone service as an ILEC.

As discussed in “Management’s Discussion and Analysis of Financial Condition and Results of Operations” in Item 7 of Part II of this report and Note 2—Divestitures of the Latin American and ILEC Businesses and Planned Divestiture of the EMEA Business to our consolidated financial statements in Item 8 of Part II of this report, we sold portions of our network during 2022 and have agreed to sell portions thereof upon receipt of various approvals.

As noted elsewhere in this report, we view our network as one of our most critical assets. We have devoted, and plan to continue to devote, substantial resources to (i) simplify and modernize our network and legacy systems and (ii) expand our network to address demand for enhanced or new products. A key element of our

> network expansion plan is our Quantum Fiber buildout project. Under this project, we propose over the next several years to construct additional fiber optic infrastructure to enable us to provide Quantum Fiber broadband services to several million additional urban and suburban locations in our remaining ILEC markets.
>
> * * *
>
> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

60. On May 2, 2023, the Company released its financial results for the first quarter of 2023. The Form 10-Q filed with the SEC stated:

> We are subject to various foreign, federal, state and local environmental protection and health and safety laws. From time to time, we are subject to judicial and administrative proceedings brought by various governmental authorities under these laws. Several such proceedings are currently pending, but none is reasonably expected to exceed $300,000 in fines and penalties.

61. The foregoing statements were materially false and misleading, and failed to disclose materially adverse facts about the Company's business and operations. Specifically, the statements failed to disclose that: (a) Lumen's network of copper telephone wireline included many cables that were sheathed with lead; (b) the Company had chosen to abandon much of its telephone wireline rather than replacing it; (c) the lead-sheathed cables posed an environmental and public health risk; and (d) removal of the lead-sheathed cables could cost the Company a significant amount.

**C. The Truth is Revealed**

62. The Wall Street Journal published an article on July 9, 2023, entitled "America is wrapped in miles of toxic lead cables." The article was part of an investigative series focusing on lead-sheathed telecommunications wire and its impact on workers, communities, and the environment. Going far beyond just disclosing the existence of such wireline (as the Wall Street

Journal noted, this information was not required to be disclosed and governmental agencies were largely unaware of the issue), the Wall Street Journal worked with experts to collect samples of water and soil to test the levels of lead leeching from the wireline. The investigation identified lead-sheathed telecommunication wireline strung above schools and parks, and laying underwater inside drinking water sources. Testing showed elevated lead levels at some of the areas where lead-sheathed cables were found.

63. Companies like Lumen were not required to—and chose not to—disclose the existence of such wireline. As less people utilized landline telephones and companies moved toward fiber optics, the lead-sheathed wireline fell into disuse. Telecommunication companies simply abandoned the wireline. But as the article emphasized:

> For many years, telecom companies have known about the lead-covered cables and the potential risks of exposure to their workers, according to documents and interviews with former employees. They were also aware that lead was potentially leaching into the environment, but haven't meaningfully acted on potential health risks to the surrounding communities or made efforts to monitor the cables.

64. The backlash from the Wall Street Journal's investigation was swift and sharp. Two days later, the Wall Street Journal reported that members of Congress were calling on telecommunication companies to take action on lead-sheathed wireline. Senator Edward J. Markey wrote Jonathan Salter, President and CEO of USTelecom, a broadband association that represents the telecommunications industry, on July 11, 2023. In his letter, Senator Markey sought information about telecommunications companies' knowledge of and plans for lead-sheathed cable. Senator Markey specifically called for companies like Lumen to take action:

> I write with concern over reporting by the Wall Street Journal that members of USTelecom have ignored the perils posed by their legacy infrastructure — specifically, old, lead-sheathed telephone lines — and have potentially put at risk the health and well-being of Americans across the country. The telecommunications companies responsible for these phone lines must act swiftly and responsibly to ensure the mitigation of any environmental and public health

effects.

65. Representative Patrick Ryan from New York announced potential legislation concerning remediation of lead contamination from the lead-sheathed wireline, while Senator Tom Carper of Delaware and Representative Frank Pallone, Jr. of New Jersey expressed their intention to look into the impact of the lead-sheathed wireline. The EPA, as well as New York's Department of Health and Department of Environmental Conservation, stated that they were reviewing the Wall Street Journal's findings.

66. On July 12, 2023, the Wall Street Journal published an article specifically naming Lumen as knowing about the lead-sheathed wireline and its harmful impacts on workers:

> A worker at CenturyLink, a company that descended from Ma Bell, alerted the CWA union that he was feeling intensely fatigued following work in manholes, triggering a 2013 Minnesota OSHA investigation that led to nine "serious" lead-related citations, according to union officials and regulatory records for CenturyLink, which now goes by Lumen Technologies.
>
> * * *
>
> A Minnesota OSHA document called the company's lead training "inadequate" and showed that a worker handling lead was exposed to airborne lead averaging 76 micrograms per cubic meter of air over eight hours, 52% above the regulator's limit.

67. By the end of the month, the EPA and the U.S. Attorney's office for the Southern District of New York had opened investigations into lead-sheathed wireline. Lumen's stock fell almost 20%, from a closing price of $2.19 on July 7, 2023, to close at $1.76 on July 28, 2023.

68. On August 1, 2023, the Company released its financial results for the third quarter of 2023. The Form 10-Q filed with the SEC acknowledged the damage facing the Company from its lead-sheathed wireline:

> ***Recent media reports concerning our legacy infrastructure could expose us to governmental actions, removal costs, litigation, compliance costs, penalties or reputational damage.***

> Recent media reports allege that certain lead-sheathed cables that are part of our copper-based network infrastructure pose public health and environmental risks. Such allegations may subject us to legislative or regulatory actions, removal costs, litigation, compliance costs or penalties. Accordingly, we may incur substantial expenses, which could have a material adverse impact on our financial results or condition.
>
> We may also experience reputational harm from negative assertions about the public health or environmental impact of our lead-sheathed cables, which could adversely affect our business, even if such allegations ultimately prove to be inaccurate. Such damage to our reputation could be difficult, expensive and time-consuming to repair. Damage to our reputation could reduce investor confidence in us and have a material adverse impact on the value of our securities.

69. That day, Lumen held a conference call with analysts and investors to discuss the reported financial results. During the call, Defendant Stansbury admitted that "less than 5% of [Lumen's] approximately 700,000-mile copper network contained lead, of which we believe the majority is buried in conduit-based infrastructure."

**D. Defendants' Misconduct Has and Continues to Harm the Company**

70. The Wall Street Journal's investigation exposed the extensive network of lead-sheathed wireline crisscrossing the country. But telecommunications companies, including Lumen, already knew that copper cables contained lead. On December 4, 2018, for example, Defendant Dev told investors and analysts that Lumen stopped investing in copper network because "long-term, we believe, it's the fiber assets that will continue to gain traction." In 2013, the Minnesota Occupational Safety and Health Administration ("MN-OSHA") investigated Lumen's work conditions and practices in that state. The MN-OSHA found Lumen's lead training to be "inadequate" and that the Company's practices exposed workers to lead at levels well above the regulatory limit. The Company agreed to change its practices and procedures not only in Minnesota, but throughout the United States. This would have necessarily involved executive officers to review, approve, and monitor the changes being made.

71. Moreover, lead's toxicity was well known by the 1970s. The federal government enacted legislation limiting or banning lead from paint, plumbing, and gasoline, and regulated the exposure to lead by workers, specifically to protect the public from the harmful effects of lead exposure. Lumen thus knew that lead-sheathed cables were harmful to employees and communities yet decided not to remove lead-sheathed wireline.

72. As a direct and proximate result of the Defendants' conduct, the Company has been harmed and will continue to be. The harm includes, but is not limited to, the costs already incurred and to be incurred defending the Company in the securities class action *In re: Lumen Technologies, Inc. Securities Litigation II*, Case No. 3:23-cv-01290 (W.D.La.), as well as costs to be incurred in remediating deficiencies in the Company's internal controls.

73. Lumen's reputation and goodwill have also been damaged by the Defendants' misconduct. Numerous governmental agencies are investigating lead-sheathed wireline, and lawmakers are calling for telecommunications companies like Lumen to remediate environmental concerns caused by the wireline. The Company has admitted that it is exposed to more damage to its reputation because of its handling of lead-sheathed wireline.

**E. Lumen Issues False and Misleading Proxy Statements**

74. In addition to the false and misleading statements discussed above, the Director Defendants also caused the Company to issue false and misleading proxy statements during the Relevant Period, including the Schedule 14A Proxy Statements issued on April 10, 2019 (the "2019 Proxy"), April 8, 2020 (the "2020 Proxy"), April 7, 2021 (the "2021 Proxy"), April 8, 2022 (the "2022 Proxy"), and April 5, 2023 (the "2023 Proxy") (collectively, the "Proxies") that sought stockholder votes to, among other things, re-elect the Director Defendants to serve on the Board.

75. The Director Defendants drafted, approved, reviewed, and/or signed the Proxies before they were filed with the SEC and disseminated to Lumen's stockholders. The Director Defendants negligently issued materially misleading statements in the Proxies. These allegations are based solely on negligence, they are not based on any allegations of recklessness or knowing conduct by or on behalf of the Director Defendants and they do not allege or do not sound in fraud. Plaintiff specifically disclaims any allegations of, reliance upon any allegation of, or reference or any allegation of fraud, scienter, or recklessness with regard to the Proxies allegations and related claims.

76. In support of re-electing themselves, Defendants Bejar, Boulet, Brown, Chilton, Clontz, Glenn, Hanks, Landrieu, Perry, Post, Roberts, Siegel, and Storey highlighted their supposed oversight of the Company in the 2019 Proxy. The 2019 Proxy stated:

> ***Role of the Board***. While senior management has primary responsibility for managing risk on a day-to-day basis, our Board is responsible for overseeing our risk management processes. These processes are a coordinated effort among our business units, senior leadership, risk management personnel and internal auditors.
>
> Directors typically monitor our risk profile by receiving from management periodic briefing and educational presentations. The Board works with senior management to assess our key short- and long-term business risks, including an enterprise risk management reporting process designed to identify critical risks and formulate risk mitigation strategies.
>
> The Board oversees the management of our critical risks by using several different levels of review. The Board addresses the primary risks associated with our business units and corporate functions in connection with receiving periodic operational reports. The Board also reviews the risks associated with our strategic plan at an annual strategic planning session and periodically throughout the year. In addition, our non-executive chairman and lead independent director regularly meet and discuss with our chief executive officer a variety of matters, including our business strategies, opportunities, key challenges and key risks, as well as management's risk mitigation strategies. Finally, the Board assesses risks in connection with authorizing major transactions or initiatives, such as acquisitions, operating or capital budgets, new product development or strategic investments, as well as through regular communications with its committees.

77. In support of re-electing themselves, Defendants Bejar, Boulet, Brown, Chilton, Clontz, Glenn, Hanks, Jones, Roberts, Siegel, and Storey highlighted their supposed oversight of the Company in the 2020 Proxy. The 2020 Proxy stated:

> The Board, along with its committees, reviews and oversees CenturyLink's risk management processes in many ways, including receiving regular reports about our enterprise risk management ("ERM") program, which is designed to comprehensively identify our most significant risks. Under the ERM program, management develops a response plan for prioritized risks, as well as monitoring and mitigation plans for other identified risk focus areas. Management provides regular reports on the risk portfolio and response efforts to the Risk and Security Committee. The Board also works with management to assess our key short-and long-term risks and mitigation efforts relating to, among other things, financial reporting, strategic plans, operations, capital budgets, corporate functions, and business units.
>
> * * *
>
> **Commitment to Environmental, Social and Governance (ESG) Leadership**
>
> Responsible corporate citizenship has long been a part of our governance and business strategy and continues to be a key priority for our Board and management team. The Board and the Nominating Committee, in conjunction with designated management teams, are continually evaluating our ESG program and identifying meaningful environmental, product, consumer, financial, and other factors to develop metrics material to our business, and communication plans regarding our ESG strategy. Some of our ESG highlights are described below.
>
> **Ethics and Compliance** – Our Code of Conduct sets forth the ethical expectations and standards of conduct required in all business dealings and interactions around the world and applies to all directors, officers, and employees alike. Our Ethics and Compliance team is an independent function led by the Company's Chief Ethics and Compliance Officer who maintains full and direct access and makes regular reports to the Risk and Security Committee of the Board of Directors. Specifically, CenturyLink's program:
>
> - Conducts mandatory Code of Conduct training annually, the scope and content of which is fashioned through risk assessments, and reinforced through localized, risk-based and targeted training and compliance strategies.
> - Offers employees several confidential avenues to report concerns and allegations of misconduct, including the Company's Integrity Line, our global, multilingual, independent, and continuously staffed compliance hotline.
> - Maintains a strong multidisciplinary compliance program supported by internal processes and resources, including compliance analysts, attorneys

and an investigations team, all of whom are fully trained to evaluate and facilitate the review of allegations and concerns.

- Prohibits retaliation against any individual who raises a concern, makes a report, participates in an investigation, refuses to participate in suspected improper or wrongful activity, or exercises rights protected by law.
- Protects human rights by incorporating our own principles and ethics in our business and supplier relationships, through contractual commitments and our Supplier Code of Conduct.

**ESG Reporting** – Since 2015, we have published an annual ESG report highlighting our efforts to track our impact on the communities in which we live and operate. Although not part of this proxy statement, our most recent ESG report can be located on our website at https://ir.centurylink.com/esg/default.aspx.

**Environmental Sustainability** – Our recent environmental initiatives and achievements include:

- Reducing our absolute carbon emissions and carbon intensity by purchasing renewable energy and investing in facility efficiency improvements and new technologies in our data centers and network facilities around the world.
- Improving energy efficiency by partnering with other service providers, as well as manufacturers of set-top boxes and small network equipment.
- Maintaining or expanding the number of company locations with third-party certified Energy, Environmental, and Safety Management Systems.
- In January 2020, Barron's named CenturyLink among its list of "100 Most Sustainable U.S. Companies" for the third year in a row.

78. In support of re-electing themselves, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Hanks, Jones, Roberts, Siegel, and Storey highlighted their supposed oversight of the Company in the 2021 Proxy. The 2021 Proxy stated:

> The Board, along with its committees, reviews and oversees Lumen's risk management processes in many ways, including receiving regular reports about our enterprise risk management ("ERM") program, which is designed to comprehensively identify our most significant risks. Under the ERM program, management develops a response plan for prioritized risks, as well as monitoring and mitigation plans for other identified risk focus areas. Management provides regular reports on the risk portfolio and response efforts to the Risk and Security Committee. The Board also works with management to assess our key short-and long-term risks and mitigation efforts relating to, among other things, financial reporting, strategic plans, operations, capital budgets, human capital, corporate functions and business units.

* * *

**ESG sustainability leadership**
Responsible corporate citizenship has long been a part of our governance and business strategy and continues to be a key priority for our Board and management team. The Board and the NCG Committee, in conjunction with designated management teams periodically evaluate our ESG program and seek to identify meaningful opportunities to strengthen our program. Some of our ESG highlights are described below.

**Ethics and compliance** – Our Code of Conduct sets forth the ethical expectations and standards of conduct required in all business dealings and interactions around the world and applies to all directors, officers and employees alike. Our Ethics and Compliance team is an independent function led by the Company's Chief Ethics and Compliance Officer who maintains full and direct access and makes regular reports to the Risk and Security Committee of the Board of Directors. Specifically, Lumen's program:

- Conducts mandatory Code of Conduct training annually, the scope and content of which is fashioned through risk assessments and reinforced through localized, risk-based and targeted training and compliance strategies.
- Offers employees several confidential avenues to report concerns and allegations of misconduct, including the Company's Integrity Line, our global, multilingual, independent and continuously staffed compliance hotline.
- Maintains a strong multidisciplinary compliance program supported by internal processes and resources, including compliance analysts, attorneys and an investigations team, all of whom are fully trained to evaluate and facilitate the review of allegations and concerns and periodic reporting to our management, our internal and external auditors and our directors, as appropriate.
- Prohibits retaliation against any individual who raises a concern, makes a report, participates in an investigation, refuses to participate in suspected improper or wrongful activity, or exercises rights protected by law.
- Protects human rights by incorporating our own principles and ethics in our business and supplier relationships, through contractual commitments and our Supplier Code of Conduct.

**ESG reporting** – Since 2010, we have published an annual social responsibility, sustainability or ESG report highlighting our efforts to track our impact on the communities in which we live and operate. Although not part of this proxy statement, our most recent ESG report can be located in the "ESG" section of our website ir.lumen.com.

**Environmental sustainability** – We have maintained an environmental

> sustainability program for more than ten years and have been listed in the FTSE4Good index every year during that time. Among others, our recent environmental initiatives and achievements include:
>
> - In January of 2021, we sold our inaugural series of sustainability-linked notes in alignment with our established science-based targets and became the second domestic company to issue this type of instrument.
> - Reducing our absolute carbon emissions and carbon intensity by purchasing renewable energy and investing in facility efficiency improvements and new technologies in our data centers and network facilities around the world.
> - Maintaining or expanding the number of company locations with third-party certified Energy, Environmental and Safety Management Systems.

79. In support of re-electing themselves, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Hanks, Jones, Roberts, Siegel, and Storey highlighted their supposed oversight of the Company in the 2022 Proxy. The 2022 Proxy stated:

> - The Board, along with its committees, reviews and oversees Lumen's risk management processes in many ways, including receiving regular reports about our enterprise risk management ("ERM") program, which is designed to comprehensively identify our most significant risks.
> - The Board also works with management to assess our key short-and long-term risks and mitigation efforts relating to, among other things, cybersecurity, financial reporting, strategic plans, operations, capital budgets, human capital, corporate functions and business units.
>
> *     *     *
>
> **ESG SUSTAINABILITY LEADERSHIP**
>
> Lumen is committed to creating lasting value for all our stakeholders. Environmental sustainability and social responsibility are core to our business priorities.
>
> Lumen's Nominating and Corporate Governance Committee has primary responsibility for ESG oversight with quarterly reviews. In addition, (i) the Audit Committee reviews data transparency and reporting, (ii) the Human Resource and Compensation Committee reviews human capital management, and (iii) the Risk and Security Committee reviews network reliability and privacy.
>
> Our CEO and other members of senior management provide leadership and guidance around Lumen's sustainability efforts. Lumen has a Sustainability Committee that is comprised of individuals from across the business including corporate communications, customer experience, data security and privacy,

> diversity, inclusion and belonging, environmental, government relations, human resources, internal audit, investor relations, legal, and sourcing/procurement, amongst others. The Sustainability Committee designs and oversees our sustainability program. The Sustainability Committee meets both before and after each meeting of the Nominating and Corporate Governance Committee to prepare for such meetings and to report on ESG outcomes and action items from the meetings.
>
> ESG outcomes are driven by Lumen's strategy of strengthening our business purpose by focusing on sustainability opportunities important to our stakeholders and important to our long-term value. In August 2021, Lumen completed its inaugural "materiality assessment," which we plan to use to guide how we prioritize our sustainability and ESG initiatives. Working with an independent consultant, we conducted a peer and industry benchmarking review of sustainability topics that are common to the communications and technology industry. We assessed international standards and guidelines, including those of the Sustainability Accounting Standards Board (SASB), the Taskforce for Climate-related Financial Reporting (TCFD), and the Global Reporting Initiative (GRI). Lumen also sought input from a wide range of stakeholders, including investors, employees, community partners, customers, governmental agencies and regulators, suppliers, as well as the Board and senior leadership team.

80. In support of re-electing themselves, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, Roberts, and Siegel highlighted their supposed oversight of the Company in the 2023 Proxy. The 2023 Proxy stated:

> **BOARD OF DIRECTORS**
> **Audit Committee**
>
> - Internal Controls over Financial Reporting (Quarterly)
> - Risk Factors included in periodic reports (Annual with Quarterly Reviews)
> - Investment Risk related to Treasury Activities (As Needed)
> - Debt Covenant Compliance Risk (Annually)
>
> Human Resources and Compensation Committee
>
> - Executive Compensation (Quarterly)
> - Human Capital Strategy (Quarterly)
> - Workforce related risks (Quarterly)
>
> Nominating and Corporate Governance Committee
>
> - ESG (Quarterly)
> - Political Contributions (Annually)
> - Independence of Directors and Board Committees (Annually)

Risk and Security Committee

- Enterprise Risk Management (Quarterly)
- Cybersecurity (Quarterly)
- Ethics and Compliance (Quarterly)
- Data Privacy (Biannually)

**MANAGEMENT**

- Under our ERM program, management develops a response plan for prioritized risks, as well as monitoring and mitigation plans for other identified risk focus areas.
- Management provides regular reports on our key risks and risk mitigation strategies to the Risk and Security Committee, and assists other Committees in monitoring the risks for which they are responsible.
- Committees report on risk issues to the full Board.

**ENTERPRISE RISK MANAGEMENT (ERM) PROGRAM**
**Assess**

- The ERM process involves an annual enterprise risks assessment based around 40 key financial, compliance, operational and strategic risks facing the company. This assessment process is facilitated by Internal Audit in collaboration with the Ethics & Compliance team within the legal department and involves interviews with executives across business functions, and consideration of other factors such as the external environmental and the history of previous issues which could indicate a relatively higher or lower risk in a particular area.
- The results of the assessment are presented by Internal Audit to the senior leaders, the Audit Committee and the Risk and Security Committee in order to define the most critical risks (typically six to eight) which the Board and management believe warrant more detailed and frequent monitoring throughout the year.
- Internal Audit also uses the results of this Enterprise Risk Assessment to determine key focus areas within the Internal Audit plan for the upcoming year and performs a quarterly update to the risk assessment to identify any changes potentially requiring a Board or Internal Audit response.

**Monitor**

- For each of the six to eight critical ERM risks we identify executive risk owners who are responsible for defining key risk indicators, metrics and targets to indicate how effectively the respective risk is being managed.
- On an annual basis each risk owner presents a deep-dive assessment to the Risk & Security Committee explaining their quantitative measures, goals and plans for the upcoming year.
- On a quarterly basis Internal Audit works with each executive risk owner to update these indicators, identify any divergence from goals and note actions taken and planned. The risk owners assign an overall color and trend to indicate their overall assessment of their management of that risk. The resulting dashboard and detail for these ERM risks is presented to the

Risk & Security Committee at each quarterly meeting.

- Each Committee regularly reports to the full Board regarding its risk oversight functions.

**Align**

- The results of the Annual Enterprise Risk Assessment are compared to both the Risk Factors disclosed in the company's annual report (10-K) and against the charters and agendas for the Board Committees to ensure alignment between the Company's assessment, external disclosures and coverage by the Board of the respective key risks. We believe this combination of annual and quarterly review by the Board Committees, along with the ability of the Board to call upon risk owners at any time as required, allows the Board to effectively exercise its oversight function over key risks to Lumen.

81. The Proxies thus assured stockholders that the Director Defendants understood Company-wide risks, actively oversaw the Company's risks and exposures, as well as steps taken to monitor and mitigate risk exposures. In reality, the Director Defendants were utterly failing in their oversight duties by allowing the Company to operate with inadequate internal controls which resulted in the failure to disclose or prevent the Defendants from causing the Company to make materially false and misleading statements concerning the Company's treatment of lead-sheathed wireline and the impact thereof on communities and the Company itself.

82. As a result of these misleading statements, the Company's stockholders voted via an uninformed stockholder vote to re-elect the Director Defendants to the Board.

**F. The Board Breached its Fiduciary Duties**

83. As officers and/or directors of Lumen, the Defendants owed Lumen fiduciary duties of good faith, loyalty, and candor, and were and are required to use their utmost ability to control and manage Lumen in a fair, just, honest and equitable manner. The conduct of the Director Defendants involves a knowing or reckless violation of their obligations as directors and officers of Lumen, the absence of good faith on their part, and a reckless disregard for their duties to the

Company that Director Defendants were aware or should have been aware posed a risk of serious injury to the Company.

84. Defendants, because of their positions of control and authority as directors and/or officers of Lumen, were able to and did exercise control over the wrongful acts complained of herein. As officers and/or directors of a publicly traded company, the Defendants had a duty to prevent the dissemination of inaccurate and untruthful information regarding Lumen's financial condition, performance, growth, operations, financial statements, business, management, earnings, internal controls, and business prospects, so as to ensure that the market price of the Company's common stock would be based upon truthful and accurate information.

85. To discharge their duties, the officers and directors of Lumen were required to exercise reasonable and prudent supervision over the management, policies, practices and controls of the Company. By virtue of such duties, the officers and directors and Lumen were required to, among other things:

(a) Ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and the Company's stockholders;

(b) Conduct the affairs of the Company in a lawful, efficient, business-like manner to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

(c) Refrain from unduly benefiting themselves and other Company insiders at the expense of the Company;

(d) Oversee public statements made by the Company's officers and employees as to the financial condition of the Company at any given time, including ensuring that any statements about the Company's financial results and prospects are accurate, and ensuring that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

(e) Remain informed as to how the Company conducted its operations, and, upon receipt of notice or information of imprudent or unsound conditions or practices, make reasonable inquiry in connection therewith, and take steps to correct such conditions or practices and make such disclosures as necessary to comply with federal and state securities laws;

(f) Maintain and implement an adequate and functioning system of internal controls to ensure that the Company complied with all applicable laws, rules, and regulations; and

(g) Ensure that the Company is operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state, and local laws, rules and regulations.

86. The conduct of the Defendants complained of herein involves a knowing and culpable violation of their obligations as officers and directors of the Company, the absence of good faith on their part, or a reckless disregard for their duties to the Company and its stockholders, which the Defendants were aware, or should have been aware, posed a risk of serious injury to the Company.

87. The Board's Audit Committee is tasked with overseeing Lumen's financial reporting system and assisting the Board with its oversight of the adequacy and effectiveness of Lumen's internal controls over financial reporting and its disclosure controls and procedures. Specifically, according to the Audit Committee's charter, the Audit Committee's responsibilities include:

- review and discuss with management and the outside auditors the Company's quarterly financial statements and MD&A disclosures prior to their public release;

- discuss with management the Company's earnings press releases, as well as any financial information and earnings guidance provided to analysts and rating agencies;

- review the adequacy of the Company's disclosure controls and procedures; and

- periodically discuss the Company's policies for identifying, monitoring and managing risk, including periodically soliciting germane reports or information from the Risk and Security Committee (and its subcommittees, if any) or other board committees with risk oversight functions.

88. In violation of the Audit Committee Charter, and their general duties as members of the Audit Committee, Defendants Allen, Bejar, Brown, Chilton, Glenn, Hanks, and Jones conducted little, if any, oversight of the Company's internal controls over financial reporting, resulting in materially false and misleading statements regarding the Company's business and consciously disregarded their duties to monitor such controls. The Audit Committee's complete failure to perform their duties in good faith resulted in misrepresentations to the public and the Company's stockholders.

89. In addition, as officers and directors of a publicly-traded company whose common stock was registered with the SEC pursuant to the Exchange Act, the Defendants had a duty not to effect the dissemination of inaccurate and untruthful information with respect to the Company's

financial condition, performance, growth, operations, financial statements, business, products, management, earnings, internal controls, and present and future business prospects, so that the market price of the Company's common stock would be based upon truthful and accurate information. Accordingly, the Defendants breached their fiduciary duties by knowingly or recklessly causing the Company to make false and misleading statements of material fact about the Company's maintaining adequate internal controls and compliance with applicable rules and regulations.

90. The Defendants' flagrant violations of their fiduciary duties and unwillingness to heed the requirements of their Audit Committee Charter have inflicted, and will continue to inflict, significant harm on Lumen.

**DERIVATIVE ALLEGATIONS**

91. Plaintiff brings this action derivatively in the right and for the benefit of Lumen to redress injuries suffered by Lumen as a direct result of the Director Defendants' breaches of fiduciary duty. Lumen is named as a nominal defendant solely in a derivative capacity. This is not a collusive action to confer jurisdiction on this Court that it would not otherwise have.

92. Plaintiff will adequately and fairly represent the interests of Lumen in enforcing and prosecuting the Company's rights.

93. Plaintiff was a stockholder of Lumen at the time of the wrongdoing complained of, has continuously been a stockholder since that time, and is currently a Lumen stockholder.

**DEMAND FUTILITY ALLEGATIONS**

94. Plaintiff repeats, re-alleges, and incorporates by reference each and every allegations set forth as though fully set forth herein.

95. The Lumen Board currently has 11 members: James Fowler, Diankha Linear and Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel.

96. Plaintiff has not made any demand on Lumen's current Board to institute this action against the Director Defendants, as any pre-suit demand would be excused. The Board is incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

### A. Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel Lack Independence Because They Face a Substantial Likelihood of Liability

97. As alleged above, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel breached their fiduciary duties by negligently issuing the materially false and misleading Proxies soliciting the reelection of themselves to the Board. Accordingly, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel face a substantial likelihood of negligence liability for issuing the Proxies and any demand upon these defendants is therefore futile.

98. Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel face a substantial likelihood of liability for their individual misconduct. As alleged above, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel breached their fiduciary duties by allowing the Company to issue the materially false and misleading statements described above. Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel had a duty to ensure that the Company's SEC filings, press releases, and other public statements and presentations concerning its business, operations, prospects, internal controls, and financial statements were accurate.

99. In addition, Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel owed a duty to, in good faith and with due diligence, exercise reasonable inquiry, oversight, and supervision to ensure that the Company's internal controls were sufficiently robust and effective (and/or were being implemented effectively), and to ensure that the Board's duties were being discharged in good faith and with the required diligence and due care. Instead, the Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel knowingly and/or with reckless disregard reviewed, authorized, and/or caused the publication of the materially false and misleading statements discussed above that caused the Company's stock to trade at artificially inflated prices and misrepresented the financial health of Lumen.

100. Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel making or authorization of these false and misleading statements, failure to timely correct such statements, failure to take necessary and appropriate steps to ensure that the Company's internal controls were sufficiently robust and effective (and/or were being implemented effectively), and failure to take necessary and appropriate steps to ensure that the Board's duties were being discharged in good faith and with the required due diligence constitute breaches of fiduciary duties that have resulted in Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel facing a substantial likelihood of liability. If Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel were to bring a suit on behalf of Lumen to recover damages sustained as a result of this misconduct, they would expose themselves and their colleagues to significant liability. For this reason, demand is futile as to Defendants Allen, Bejar, Brown, Chilton, Clontz, Glenn, Johnson, Jones, and Siegel.

**B. Defendant Johnson is not Independent**

101. Defendant Johnson is an executive officer of and currently employed by Lumen. Defendant Johnson received compensation of $9.5 million in 2023 and $4.7 million in 2022. Defendant Johnson depends on Lumen for her income. In addition, Lumen stated in the Schedule 14A Proxy Statement filed with the SEC on April 5, 2024, that Defendant Johnson is not independent pursuant to SEC and NYSE rules.

**C. Defendants Allen, Bejar, Brown, Chilton, Glenn, Hanks, and Jones are not Disinterested Because They Were Members of the Committee Responsible for Overseeing Financial Reporting**

102. The Audit Committee oversees the Company's system of financial reporting and controls and monitors the integrity of the Company's financial statements and related disclosures. One of the Audit Committee's responsibilities is to review the Company's annual and quarterly financial statements before they are disclosed, as well as to review the Company's disclosure controls and procedures. The Audit Committee was thus responsible for reviewing and approving Lumen's Forms 10-Q and 10-K filed between November 9, 2019 and August 1, 2023. Defendants Allen, Bejar, Brown, Chilton, Glenn, Hanks, and Jones were members of the Audit Committee during the relevant time period and were thus responsible for knowingly or recklessly allowing the improper statements related to the Company's earnings guidance and financial and disclosure controls. Through their knowledge or reckless disregard, Defendants Allen, Bejar, Brown, Chilton, Glenn, Hanks, and Jones caused improper statements by the Company. Accordingly, Defendants Allen, Bejar, Brown, Chilton, Glenn, Hanks, and Jones breached their fiduciary duty of loyalty and good faith because they participated in the misconduct described above. They face a substantial likelihood of liability for these breaches, making any demand on them futile.

103. Based on the facts alleged herein, there is a substantial likelihood that Plaintiff will be able to prove that these individuals breached their fiduciary duties by condoning the misconduct and failing to take meaningful action to remedy the resultant harm.

## CLAIMS FOR RELIEF

### COUNT I
### Breach of Fiduciary Duty
### (Derivatively Against The Director Defendants)

104. Plaintiff incorporates each and every allegation set forth above as if fully set forth herein.

105. Each of the Defendants owed and owes Lumen the highest obligations of loyalty, good faith, due care, and oversight.

106. Each of the Defendants violated and breached their fiduciary duties of loyalty, good faith, candor, and oversight to the Company.

107. The Director Defendants' conduct set forth herein was due to their intentional or reckless breach of the fiduciary duties they owed to the Company. In breach of their fiduciary duties, the Director Defendants failed to maintain an adequate system of oversight, disclosure controls and procedures, and internal controls.

108. In addition, the Director Defendants further breached their fiduciary duties owed to Lumen by willfully or recklessly making and/or causing the Company to make false and misleading statements and omissions of material fact and allowing the Company to operate with inadequate internal controls which resulted in the misrepresentations and failure to disclose that Lumen had left lead-sheathed wireline in communities once that wireline was no longer in use, exposing people and property to a toxic substance. The Director Defendants failed to correct and cause the Company to fail to rectify any of the wrongs described herein or correct the false and

misleading statements and omissions of material fact, exposing them to personal liability to the Company for breaching their fiduciary duties.

109. The Director Defendants had actual or constructive knowledge that they had caused the Company to improperly engage in the wrongdoing set forth herein and to fail to maintain adequate internal controls. The Director Defendants had actual knowledge that the Company was engaging in the wrongdoing set forth herein, and that internal controls were not adequately maintained, or acted with reckless disregard for the truth, in that they caused the Company to improperly engage in the wrongdoing and to fail to maintain adequate internal controls, even though such facts were available to them. Such improper conduct was committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities. The Director Defendants, in good faith, should have taken appropriate action to correct the schemes alleged herein and to prevent them from continuing to occur.

110. As a direct and proximate result of the breaches of duty alleged herein, Lumen has sustained and will sustain significant damages.

111. As a result of the misconduct alleged herein, these Defendants are liable to the Company.

112. Plaintiff, on behalf of Lumen, has no adequate remedy at law.

**COUNT II**
**Breach of Fiduciary Duty**
**(Derivatively Against the Officer Defendants)**

113. Plaintiff incorporates each and every allegation set forth above as if fully set forth herein.

114. The Officer Defendants are executive officers of the Company. As executive officers, The Officer Defendants owed and owe Lumen the highest obligations of loyalty, good faith, due care, oversight, and candor.

115. The Officer Defendants breached their fiduciary duties owed to Lumen by willfully or recklessly making and/or causing the Company to make false and misleading statements and omissions of material fact, failing to disclose Lumen had left lead-sheathed wireline in communities once that wireline was no longer in use, exposing people and property to a toxic substance and the Company to reputational damage. The Officer Defendants failed to correct and cause the Company to fail to rectify any of the wrongs described herein or correct the false and misleading statements and omissions of material fact.

116. As a direct and proximate result of the breaches of duty alleged herein, Lumen has sustained and will sustain significant damages.

117. As a result of the misconduct alleged herein, the Officer Defendants are liable to the Company.

118. Plaintiff, on behalf of Lumen, has no adequate remedy at law.

**COUNT III**
**Violation of Section 14(a) of the Exchange Act**
**(Against the Director Defendants)**

119. Plaintiff incorporates each and every allegation set forth above as if fully set forth herein.

120. The section 14(a) Exchange Act claims alleged herein are based solely on negligence. They are not based on any allegation of reckless or knowing conduct by or on behalf of the Director Defendants. The section 14(a) Exchange Act claims detailed herein do not allege and do not sound in fraud. Plaintiff specifically disclaims any allegation of, reliance upon any allegation of, or reference to any allegation of fraud, scienter, or recklessness with regard to the nonfraud claims.

121. The Director Defendants negligently issued, caused to be issued, and participated in the issuance of materially misleading written statements to stockholders which were contained

in the Proxies. In the Proxies, the Board solicited stockholder votes to reelect the Director Defendants to the Board.

122. The Proxies, however, misrepresented and failed to disclose the Board's risk oversight and the Company's inadequate internal controls, which facilitated the illegal behavior described herein. By reasons of the conduct alleged herein, the Director Defendants violated section 14(a) of the Exchange Act. As a direct and proximate result of these defendants' wrongful conduct, Lumen misled and deceived its stockholders by making materially misleading statements that were essential links in stockholders following the Company's recommendation and voting to reelect the Director Defendants.

123. Plaintiff, on behalf of Lumen, thereby seeks relief for damages inflicted upon the Company based upon the misleading Proxies in connection with the improper reelection of the Director Defendants to the Board.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff demands judgment as follows:

A. Declaring that Plaintiff may maintain this derivative action on behalf of Lumen and that Plaintiff is a proper and adequate representative of the Company;

B. Against all of the Defendants and in favor of Lumen for the amount of damages sustained by the Company as a result of the acts and transactions complained of herein;

C. Granting appropriate equitable relief to remedy the Defendants' breaches of fiduciary duties, including, but not limited to the institution of appropriate corporate governance measures;

D. Awarding Lumen restitution from Defendants, and each of them, and ordering disgorgement of all profits, benefits and other compensation obtained by Defendants;

E. Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' and expert fees and expenses; and

F. Granting such other and further equitable relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury.

Dated: September 25, 2024

**GALANTE & ROSS LLC**

*/s/ Scott M. Galante*
**Scott M. Galante (26890)**
**William M. Ross (27064)**
816 Cadiz Street
New Orleans, LA 70115
Telephone: 504-203-5010
Facsimile: 504-203-5011
Email: scott@galantelitigation.com
Email: billy@galantelitigation.com

**And**

**ROWLEY LAW PLLC**
Shane T. Rowley, Esq.
Danielle Rowland Lindahl, Esq.
50 Main Street, Suite 1000
White Plains, New York 10606
Phone: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
drl@rowleylawpllc.com